

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR**, Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief was originally due by November 2, 2020, and after receiving two extensions of time, her brief was currently due by December 31, 2020. On January 4, 2021, appellant filed a motion requesting an additional two weeks to file her brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file her brief **by January 14, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court